# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 14. Motion for Extension of Time

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form14instructions.pdf

**9th Cir. Case Number(s)** | 23-4132

**Case Name** | United States of America v. Kittson

Requesting Party Name(s) | Daniel Matthew Kittson

I am:   ○ The party requesting the extension.
        ● Counsel for the party or parties requesting the extension.

I request an extension of time to file a:

☒ Brief (*you **must** also complete the Declaration on page 3*)
☐ Motion to proceed in forma pauperis
☐ Motion for a certificate of appealability
☐ Response/opposition to a pending motion
☐ Reply to a response/opposition to a pending motion
☐ Certified Administrative Record
☐ Response to court order dated [          ]
☐ Other (*you **must** describe the document*)

[                                                        ]

The requested new due date is: | May 13, 2024

I request the extension of time because (**cannot be left blank**):
*(attach additional pages if necessary)*

This is an appeal after a jury verdict and presents complicated legal issues. The issues include the application of the Bruen decision and Second Amendment rights to the possession of a machinegun, as well as statutory interpretation issues regarding 18 U.S.C. § 922(o)(2)(A). Additional issues involve instructional error that defendant contends directed a verdict for the government, violating his rights under the Sixth Amendment. The brief is lengthy and counsel are editing  to bring the brief within the page and word limits allowed.

**Signature** | s/ C. Renee Manes       **Date** | Apr 30, 2024

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

> **Recitals in criminal and immigration cases pursuant to Circuit Rule 27-8**
> *Complete this section for criminal or immigration cases.*

Previous requests for extension of time to file the document, including any request for a Streamlined Extension of Time under Circuit Rule 31-2.2(a) (*select one*):

- ○ I have **NOT** filed a previous request to extend time to file the document.

- ◉ I have previously requested an extension of time to file the document.

    This motion is my [ third ] request.
    *(Examples: first, second)*

Bail/detention status (*select one*):

- ◉ The defendant is incarcerated. The projected release date is: [ unknown ].

- ○ The petitioner is detained.

- ○ The defendant/petitioner in this criminal/immigration case is at liberty.

**Signature** [ s/ C. Renee Manes ]   **Date** [ Apr 30, 2024 ]
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 14**                    *2*                    *New 12/01/2018*

**Declaration in support of extension to file brief under Circuit Rule 31-2.2(b)**
*Complete this section if you are requesting an extension of time to file a brief.*

1. I request an extension of time to file the ⬚ opening ⬚ brief.
   *(Examples: opening, answering, reply, first cross-appeal)*

2. The brief's current due date is: May 6, 2024

3. The brief's first due date was: Mar 5, 2024

4. A more detailed explanation of why the extension of time to file the brief is necessary: *(Under Circuit Rule 31-2.2(b), a request for extension of time to file a brief must be "supported by a showing of diligence and substantial need" and a conclusory statement as to the press of business does not constitute such a showing. Attach additional pages if necessary.)*

   Michael Benson will be lead counsel, and I am assisting for his first Ninth Circuit appeal. I recently filed a petition for rehearing in another matter, and I also received a 167 page Opinion and Order in a former capital habeas matter that has required me to analyze the issues and travel to consult with the client.

5. The position of the other party/parties regarding this request is:

   ☒ Unopposed.

   ☐ Opposed by *(name of party/parties opposing this motion):*

   ☐ Unknown. I am unable to verify the position of the other party/parties because:

6. ☒ The court reporter is not in default with regard to any designated transcripts.

   If the court reporter is in default, please explain:

7. ☒ I have exercised diligence and I will file the brief within the time requested.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature** s/ C. Renee Manes   **Date** Apr 30, 2024

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov