# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 23-4132

**Case Name** United States of America v. Kittson

**Hearing Location** (*city*) Portland

**Your Name** Michael Charles Benson

List the sitting dates for the two sitting months you were asked to review:

February 3-7
March 3-7

Do you have an unresolvable conflict on any of the above dates? ●Yes ○No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

I have a jury trial set to begin February 3, 2025 that I anticipate would go through February 7, 2025.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○Yes ●No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** s/Michael Benson    **Date** 10/01/2024

(use "s/[typed name]" to sign electronically-filed documents)

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 32**    *New 12/01/2018*