# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 23-4132

**Case Name** USA v. Daniel Kittson

**Hearing Location** (*city*) Portland

**Your Name** Sarah Barr

List the sitting dates for the two sitting months you were asked to review:

February 3-7, 2025

March 31 - April 4, 2025

Do you have an unresolvable conflict on any of the above dates? ○ Yes ● No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

Due to a preplanned vacation of the district's appellate chief, the government requests, as a courtesy, that the Court schedule any arguments set for the March/April calendar on Wednesday, Thursday, and/or Friday of that week to ensure adequate preparation time. The government appreciates any effort by the Court to accommodate this request.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

● Yes ○ No

If yes, list the number, name, and hearing city of each of the other case(s):

23-3921, USA v. Larkins and 23-4182, USA v. Rodvelt (notice received for Portland) 24-5057, USA v. Jonas (pending motion to expedite and hold argument in Portland in either December 2024 or February 2025)

**Signature** s/ Sarah Barr     **Date** Oct 2, 2024

(*use* "s/[typed name]" *to sign electronically-filed documents*)

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 32**                                                                 *New 12/01/2018*