# FEDERAL PUBLIC DEFENDER
### DISTRICT OF OREGON

**MICHELLE SWEET**
First Assistant Defender

**FIDEL CASSINO-DUCLOUX**
**Federal Public Defender**

**EUGENE BRANCH OFFICE**
**Kurt Hermansen**
**Branch Manager**
859 Willamette Street, Suite 200
Eugene, OR 97401
541-465-6937
Fax: 541-465-6975

**101 SW Main Street, Suite 1700**
**Portland, OR 97204**
**503-326-2123 / Fax: 503-326-5524**

**MEDFORD BRANCH OFFICE**
**Brian Butler**
**Branch Manager**
15 Newtown Street
Medford, OR 97501
541-776-3630
Fax: 541-776-3624

Michael Charles Benson
Assistant Federal Public Defender
Michael_Benson@fd.org
Reply to Portland

June 10, 2025

Molly Dwyer, Clerk
United States Court of Appeals
 for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

  Re: *United States v. Kittson*, No. 23-4132
    Oral Argument: June 12, 2025, in Portland, Oregon

Dear Ms. Dwyer:

  In its June 6, 2025, letter the government cites cases where defendants were convicted under 26 U.S.C. § 5861 for varying offense conduct. The language in that statute and its exemption has previously been briefed by Mr. Kittson and the government. AB-15; RB-7-8. The language within its statutory exemption is not similar. RB-7-8.

    Sincerely,

    *s/ Michael Charles Benson*
    Michael Charles Benson
    Assistant Federal Public Defender