**PORTLAND MAIN OFFICE**
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204
(503) 727-1000
*www.usdoj.gov/usao/or*

Sarah Barr
Assistant United States Attorney
Sarah.Barr@usdoj.gov
(503) 727-1000
*Reply to Portland Office*



**U.S. DEPARTMENT OF JUSTICE**
United States Attorney's Office
District of Oregon
William M. Narus
Acting United States Attorney

**EUGENE BRANCH**
405 E 8th Avenue, Suite 2400
Eugene, Oregon 97401
(541) 465-6771

**MEDFORD BRANCH**
310 West Sixth Street
Medford, Oregon 97501
(541) 776-3564

July 16, 2025

Ms. Molly Dwyer
Clerk of the Court
United States Court of Appeals
for the Ninth Circuit
95 Seventh Street
San Francisco, California  94103-1526

   Re:  No. 23-4132, *United States v. Daniel Matthew Kittson*
      Submitted After Oral Argument – June 12, 2025 (Portland, Oregon)
      Government's 28(j) Letter

Dear Ms. Dwyer:

   Following oral argument in this case, this Court issued *United States v. Vlha*, No.

22-50281, _F.4th_, 2025 WL 1890595 (9th Cir. July 9, 2025). *Vlha* relates to the

government's argument that defendant's facial challenge to 18 U.S.C. § 922(o) fails

because his as-applied conduct—a felon on parole selling a machinegun on the black

market—falls outside the scope of Second Amendment protection. *See* Gov't Ans. Br.

at 38-39; *see also Vlha*, _F.4th_, 2025 WL 1890595, at *3-5 (applying the ancillary rights

doctrine to find the Second Amendment does not protect "the conduct for which the

defendants were convicted in this case," conspiring to manufacture firearms for sale

without a license and selling a firearm to a felon).

Molly Dwyer, Clerk of the Court
Page 2
July 16, 2025
_____

                                        Sincerely,

                                        WILLIAM M. NARUS
                                        Acting United States Attorney
                                        District of Oregon

                                        _s/ Sarah Barr_____
                                        SARAH BARR
                                        Assistant United States Attorney

cc:  Michael Benson, Attorney for Defendant-Appellant