UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 18 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. DANIEL MATTHEW KITTSON, Defendant - Appellant. | No. 23-4132 D.C. No. 3:21-cr-00075-IM-1 District of Oregon, Portland ORDER |

Before: SCHROEDER, OWENS, and VANDYKE, Circuit Judges.

Judges Owens and Schroeder have voted to deny the petition for panel rehearing. Judge VanDyke has voted to grant the petition for panel rehearing.

Judge Owens and Judge VanDyke have voted to deny the petition for rehearing en banc, and Judge Schroeder so recommends.

The full court has been advised of the suggestion for rehearing en banc, and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 40.

The petition for panel rehearing and the petition for rehearing en banc are therefore DENIED.